

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

PEI TI TUNG,

Debtor.

CHENG-LU HSIEH,

Plaintiff,

v.

ROBERT D. STEINBERG,

Defendant.

Case No. C04-2194L

ORDER TO SHOW CAUSE

Bankruptcy Case No. 02-16797
Bankruptcy Appeal No. 04-1506

On October 26, 2004, this Court received a notice of transmittal of appeal from the United States Bankruptcy Court for the Western District of Washington. This Court notified counsel that upon receipt of the Certificate of Record from the Bankruptcy Court, the appeal would be placed on this Court's calendar and that the time for filing briefs would be governed by GR7(2.03)(b). On April 4, 2005, the Certificate of Record was received, and the Clerk of this Court noted the appeal for consideration on July 1, 2005. As of the filing of this Order, the Court has not received any materials regarding the

appeal from the parties.

The parties are ORDERED TO SHOW CAUSE why this matter should not be dismissed. Each party's memorandum, not to exceed six pages, shall be filed by Monday, August 1, 2005. The Clerk of the Court is directed to note this Order to Show Cause on the Court's calendar for Tuesday, August 2, 2005.

DATED this 18th day of July, 2005.

Robert S. Lasnik
United States District Judge